**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA T. WOOLRIDGE, | NO. EDCV 12-62-R (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN AREF FAKHOURY, | |
| Respondent. | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan. 23, 2012 .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE